**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1128**

---

CHRISTINE KLING; CYNTHIA KLING,

                              Plaintiffs - Appellants,

      versus

HARRIS TEETER, INCORPORATED; CITY OF MONROE,
NORTH CAROLINA, a body politic and corporate;
C. S. HORNE, a/k/a Chris Horne, individually
and in his capacity as an officer of Monroe
Public Safety,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  H. Brent McKnight,
Magistrate Judge.  (CA-00-609-3)

---

Submitted:  August 29, 2003      Decided:  February 10, 2004

---

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Chiege O. Kalu Okwara, LAW OFFICE OF CHIEGE O. KALU OKWARA,
Charlotte, North Carolina, for Appellants.  Kenneth R. Raynor, Amy
F. Wise, TEMPLETON & RAYNOR, P.A., Charlotte, North Carolina;
Anthony T. Lathrop, McNeill Y. Wester, MOORE & VAN ALLEN, PLLC,
Charlotte, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christine Kling and Cynthia Kling appeal the magistrate judge's order* granting summary judgment for Defendants in the Klings' civil action. We have reviewed the briefs, the joint appendix, and the magistrate judge's order and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See Kling v. Harris Teeter, Inc., No. CA-00-609-3 (W.D.N.C. Dec. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

---

*This case was decided by a magistrate judge upon consent of the parties under 28 U.S.C. § 636(c)(1) (2000).

2